USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 12, 2014

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :   CONSENT PRELIMINARY ORDER OF
                                   :   FORFEITURE/MONEY JUDGMENT
          -v.-                     :
                                   :   S1 13 Cr. 518 (KPF)
GLAFIRA ROSALES,                   :
   a/k/a "Glafira Gonzales,"       :
   a/k/a "Glafira Rosales Rojas,"  :
                                   :
                      Defendant.   :
                                   :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about August 14, 2013, GLAFIRA ROSALES, a/k/a "Glafira Gonzales," a/k/a "Glafira Rosales Rojas," (the "defendant"), was charged in a nine-count Superseding Indictment, 13 Cr. 518 (KPF) (the "Indictment"), with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Sections 1349 and 2 (Count One); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Two); conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Three); money laundering, in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2 (Count Four); subscribing to false U.S. individual income tax returns, in violation of Title 26, United States Code, Section 7206(1) (Counts Five through Seven); and willful failure to file reports of foreign banks and financial accounts, in violation of Title 31, United States Code, Sections 5314, 5322(a), Title 31, Code of Federal Regulations,

Sections 1010.350, 1010.306(c, d), and 1010.840(b) (Counts Eight and Nine);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two seeking, pursuant to Title 18, United States Code, Section 982(a)(1)(C), 982(a)(2) and Title 28, United States Code, Section 2461, the forfeiture of any and all property, real and personal which constitutes or is derived from proceeds traceable to the commission of the said offenses;

WHEREAS, the Indictment included a second forfeiture allegation as to Counts Three and Four seeking, pursuant to Title 18, United States Code, Section 982, the forfeiture of any and all property, real and personal which constitutes or is derived from proceeds traceable to the commission of the said offenses;

WHEREAS, on or about September 16, 2013, the defendant pled guilty to all Counts of the Indictment pursuant to a plea agreement with the Government and admitted to the forfeiture allegations;

WHEREAS, the defendant consents to the forfeiture of all of her right, title, and interest in the following, representing the amount of proceeds obtained as a result of the offenses alleged in the Indictment:

> (1) $33.2 million in United States currency in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offense alleged in the Indictment;

      (2)    The defendant's interest in all works of art purchased by the defendant, attached as <u>Exhibit A</u>;

      (3)    The defendant's interest in all funds held in account number 0182-0612-77-201018603-8 at Banco Bilbao Vizcaya Argentaria, S.A. in Spain;

      (4)    The defendant's interest in all funds held in account number 27201-12004036 at Banco Bilbao Vizcaya Argentaria, S.A. in Spain;

      (5)    The defendant's interest in all funds held in account number ES37 2038 4002 3520 0000 1789 at Caja Madrid, in Spain; and

      (6)    The defendant's interest in all funds held in account number 2100 5850 0872 0030 0729 at Caixa d'Estalvis i Pensions de Barcelona in Spain.

((2) through (6) collectively, the "Subject Properties");

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6), of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Subject Properties to its possession and to notify any person who reasonably appears to be a potential claimant of its interest therein;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff United States of America, by its attorney Assistant United States Attorney, Jason P. Hernandez, and the defendant, Glafira Rosales and defendant's attorneys, Bryan Skarlatos, Esq., and Juliet Fink, Esq., that:

    1.    As a result of the offenses charged in the Indictment,

to which the defendant pled guilty, a money judgment in the amount of $33.2 million (the "Money Judgment") shall be entered against the defendant, as part of her criminal sentence.  The Money Judgment shall be joint and several with any forfeiture order in any related cases, including, but not limited to, *United States v. Jose Carlos Bergantinos Diaz, et Al.*, 14 Cr. 217 (SHS).  Any proceeds received by the Government from the liquidation of the Subject Properties shall be off-set against the Money Judgment.

    2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, Glafira Rosales, and shall be deemed part of the sentence of the defendant and shall be included in the judgment of conviction therewith.

    3.    Upon execution of this Consent Preliminary Order of Forfeiture/Money Judgment and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

    4.    All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, and made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern

District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

5.   All of the defendant's right, title and interest in the Subject Properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

6.   Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Marshals Service (or its designee) and the Federal Bureau of Investigation are authorized to seize the Subject Properties and hold the Subject Properties in their secure, custody and control.

7.   Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Consent Preliminary Order of Forfeiture/Money Judgment.  Any person, other than the defendant in this case, claiming an interest in the Subject Properties must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet

site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

        8. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the Subject Properties and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

        9. Pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

        10. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Subject Properties pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all third-party interests will be addressed.

        11. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or

dispose of additional forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

12. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

13. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Jason P. Hernandez, One St. Andrew's Plaza, New York, New York 10007.

14. The signature pages of this order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____          6/9/14
    JASON P. HERNANDEZ                      DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-1024


GLAFIRA ROSALES
DEFENDANT

By: _____          6/3/2014
    GLAFIRA ROSALES                         DATE

By: _____          6/5/14
    BRYAN SKARLATOS, ESQ.                   DATE
    JULIET FINK, ESQ.
    Counsel for the Defendant
    Kostelanetz & Fink, LLP
    7 World Trade Center, 34th Floor
    New York, New York 10007


Dated:   June 12, 2014                      SO ORDERED.
         New York, New York

                                            *Katherine Polk Failla* (signature)

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE

# Attachment A

Glafira Rosales - Art Inventory

| No. | Artist | Title/Year | Description |
|---|---|---|---|
| 1 | Dennis Hopper | News is Daily Again, 1963 | Gelatin silver print; ed. 15 |
| 2 | Dennis Hopper | Untitled, 1953 | Gelatin silver print of "Barn Shadow" |
| 3 | Sean Scully | Atlas Wall | Photograph, ed. 4/24 |
| 4 | Sol Lewitt | Untitled "Spoleto," 1998 | Watercolor and pencil on paper |
| 5 | Takashi Murakami | | 5 prints; 3 framed and 2 unframed |
| 6 | Dan Budnik | 1. David Smith, "CubiI," Terminal Iron Works, Bolton Landing, NY, 3/1963  2. David Smith, "with Volton XVIII," Terminal Iron Works, Bolton Landing, NY, 3/1963, printed 1996 | 2 pieces; gelatin silver print on (old) Forté Elegance paper |
| 7 | Dan Budnik | Willem de Kooning Action Painting, 831 Broadway, NY, 1962 | Dye transfer color print; ed. 7/10 |
| 8 | David Smith | Untitled | Signed and dated; ink on paper; ed. 5/58 |
| 9 | Lee Krasner | Nude Study From Life | Charcoal on paper |
| 10 | John Walker | | Monoprint on Japanese Paper |
| 11 | John Walker | | Monoprint on Japanese Paper |
| 12 | Marc Quinn | Study for Large Waiting for Godot | |
| 13 | Richard Pousette-Dart | Golden Radiance | Oil on masonite; signed on reverse |
| 14 | Ad Reinhardt | Abstract Painting, 1947 | Oil on canvas; 20 x 16 inches |
| 15 | Dennis Hopper | Selma, Alabama, 1965 | Gelatin silver print; ed. 10/15 |
| 16 | Louise Lawler | Not Yet | Cibachrome print, mounted on aluminum; ed. 5/5 |
| 17 | Bernar Venet | Three Indeterminate Lines, 1998 | Charcoal, oil stick, and paper collage on paper |
| 18 | Alexander Altmann | Autumn | Oil on canvas |
| 19 | Paul Jenkins | Phenomena the Still Man | Acrylic on canvas |
| 20 | Louise Lawler | Red, Yellow, and Black, 2008 | Cibachrome |
| 21 | Sol Lewitt | Untitled, 2001 | Gouache on paper; signed and dated; 22½ x 7 inches |
| 22 | Mark Di Suvero | Untitled | Ink on paper; signed |
| 23 | Sol Lewitt | Untitled, 1987 | Govache on paper |
| 24 | Arshile Gorky | Untitled, ca. 1946 | Pencil on paper; signed |
| 25 | Jules Olitski | Untitled, 1965 | Spray paint and pastel on paper |
| 26 | Jules Olitski | Immediacy Touch Burgundy | Acrylic on canvas |
| 27 | Ossip Zadkine | | Gouache on paper |
| 28 | Victor Vasarelly | Turkis Negative, 1967 | Acrylic on wood relief |
| 29 | Victor Vasarelly | Turkis Positive, 1967 | Acrylic on wood relief |
| 30 | Jules Olitski | Odyssey Four, 2001 | Acrylic on canvas |
| 31 | Louise Nevelson | Untitled, 1970 | Cardboard, foil, paint, paper, and wood on board |
| 32 | Helen Frankenthaler | Dan Budnik and Robert Motherwell after the Motherwell Museum of Modern Art Opening, NY, 1965 | Ilford print |
| 33 | Esteban Vicente | 1982 | Gouache and collage on paper |
| 34 | Jules Olitski | Janus-3, 1963 | Oil and pastel on paper |
| 35 | Norman Bluhm | Hexagon | Oil on paper |
| 36 | Mimmo Rotella | M Gialla, 1959 | Collage on canvas |
| 37 | William F. Draper | | 3 paintings: drawing on paper, oil on cardboard, gouache on paper |
| 38 | Louise Lawler | Something about Time | Cibachrome on aluminum |
| 39 | Le Corbusier | Femme nue allongée | Pen, black ink, and pastel on paper |
| 40 | Milton Avery | Nursing Baby | Blue ink on paper |

Glafira Rosales - Art Inventory

| No. | Artist | Title/Year | Description |
|---|---|---|---|
| 41 | Jack Youngerman | Untitled, 1960 | Oil on canvas |
| 42 | Jules Olitski | July Shining | Watercolor, gouache, and acrylic on all rag paper |
| 43 | Jack Tworkov | Untitled, ca. 1962-1963 | Torn paper collage; 15 x 20 inches |
| 44 | David Smith | Untitled, 1960 | Spray paint on paper |
| 45 | Ansel Adams | Rail Fence-Teton | From the Pollaroid Collection |
| 46 | Marino Marini | Cavallo | Gouache and pastel on paper, laid down on a board |
| 47 | Milton Avery | Nude with Flowers, 1945 | Blue ink on paper |
| 48 | Jules Olitski | From Mongolia Came, 2004 | Acrylic on canvas |
| 49 | Sol Lewitt | Untitled | Gouache on paper; signed and dated |
| 50 | Karina Wisniewska | Vibes II, 2011 | Acrylic, lacquer, and quartz sand on canvas; 23⅝ x 15¾ inches; signed |
| 51 | Robert Rauschenberg | Arcanum I-XIII, 1981 | Screenprint with silk collage; ed. 7/83 |
| 52 | Yayoi Kusama | Infinity Nets-Zya, 1999 | Acrylic on canvas |
| 53 | Andy Warhol | Heaven and Hell are Just One Breath Away, (positive and negative) 1985 | Synthetic polymer paint and silkscreen ink on canvas, 2 pieces |
| 54 | John Walker | Untitled, 2003 | Oil on paper |
| 55 | Betty Parsons | | Gouache on paper; dedicated to David Herbert; signed and dated |
| 56 | Milton Avery | Cows and Barbed Wire, ca. 1930 | Crayon lithograph on paper |
| 57 | Joan Miró | Série Liberté, 1970 | 19 x 14 cm.; Certificate of authenticity |
| 58 | Patricia Ritchie | Untitled, 2007 | 2 pieces; acrylic on paper; 13¼ x 5¼ inches |
| 59 | Sam Francis | Untitled, 1994 | Acrylic on canvas; 8¾ x 5½ inches |
| 60 | John Walker | Seal Point Series, 2005 | Oil on Bingo Card; 7¼ x 5½ inches |
| 61 | John Walker | Seal Point Series, 2005 | Oil on Bingo Card; 7¼ x 5½ inches |
| 62 | Sol Lewitt | Untitled, 1999 | Gouache, watercolor, and graphite on paper; 11½ x 7½ inches |
| 63 | Kenneth Noland | Star, 1990 | Acrylic on canvas, signed, titled, and dated 2/9/90; 8 x 16 inches |
| 64 | James Castle | Untitled | Blue wall construction on found paper; 4⅛ x 6 1/16 inches |
| 65 | Ernst Haas | John Huston, Portrait of him at his hotel, 1962 | Gelatin silver print |
| 66 | Tom Otterness | The Academic, 2011 | Bronze; Ed. 3/6; 17 x 14 x 7 inches |
| 67 | Harry Bertoia | Landscape, ca. 1950's | Brazed metal; 5 x 8 x 7½ inches |
| 68 | Leonora Carrington | Woman on Horse, 1972 | Drawing on paper dedicated to David Herbert |
| 69 | Jules Olitski | Reflection, 1996 | Watercolor and gouache on photograph; 7 x 10 inches |
| 70 | Albert Gleizes | Sans Titre, ca. 1922 | Gouache on paper; 7½ x 5¾ inches |
| 71 | Harry Bertoia | Untitled, 1967 | Ink on paper |
| 72 | Sean Scully | Gadamer set, 1996 | 5 pieces; ed. 7/60 |
| 73 | Anne Estelle Rice | 1. Pink House, 1913<br>2. On the Valley, 1912<br>3. Whale Rock, 1912<br>4. Fall Trees, '86 | Oil on wood |
| 74 | Harry Bertoia | Bush, ca. 1965 | Patinated bronze |
| 75 | Jules Olitski | With Love and Disregard: Rapture Blessing, 2002 | Acrylic on canvas; 60 x 84 inches |
| 76 | Milton Resnick | Roswell #2, 1970 | Signed, titled, and dated; oil on canvas; 78 x 52 in. |

Glafira Rosales - Art Inventory

| No. | Artist | Title/Year | Description |
|---|---|---|---|
| 77 | Jules Olitski | Fifth Omsk Measure, 1971-1972 | Signed, titled, and dated; acrylic on canvas |
| 78 | Jack Tworkov | Ulysses, 1951 | Oil on canvas; signed and dated; 80 x 39 inches |
| 79 | Robert Indiana | From the Set of Red Eye of Love (Meat), 1998 | Signed; acrylic on canvas mounted on panel |
| 80 | Esteban Vicente | Interior, 1978 | Acrylic on canvas |
| 81 | Milton Resnick | Epsilon, 1961 | Signed and dated; oil on canvas |
| 82 | Conrad Marca-Relli | XL-20-70, 1970 | Signed and dated; oil and canvas collage on canvas; 69¼ x 57 inches |
| 83 | Louise Nevelson | Colonel II, 1959 | Wood painted black; in 2 parts |
| 84 | Milton Resnick | Show, 1960 | Oil on canvas |
| 85 | Esteban Vicente | One Day, 1976 | Oil on canvas |
| 86 | Esteban Vicente | Silver Light, 1975 | Oil on canvas; 72 x 48 inches |
| 87 | Harry Bertoia | Sound Sculpture, ca. 1974 | Beryllium copper and brass; 67⅞ inches tall |
| 88 | Herbert Ferber | Untitled, 1966 | Inscribed Ferber and dated on the base; bronze with black-dark green patina |
| 89 | Kenneth Noland | Untitled, 2004 | Acrylic and gliter on canvas |
| 90 | Andy Warhol | Shoes (F. & S. 253), 1980 | Screenprint in colors with diamond dust |
| 91 | Milton Resnick | Tail of J, 1986 | Oil on canvas |
| 92 | Alexander Calder | Great Yellow Sun, 1973 | Gouache on paper; 29½ x 43¼ inches |
| 93 | David Smith | Untitled Nude | Enamel on canvas |
| 94 | Louise Nevelson |  | Collage on board |
| 95 | Marilyn Minter | Goldi, 2004 | C-print; 36 x 50 inches; signed; from an edition of 5 |
| 96 | Andy Warhol | Self Portrait, 1977 | Silkscreen ink on paper |
| 97 | Norman Bluhm | Untitled, 1957 | Signed and dated; watercolor on paper |
| 98 | Andy Warhol | Dog, ca. 1976 | Graphite on paper |
| 99 | Hugo Bastidas | 1. Removed, 2007<br>2. Two Saplings | Oil on linen; 2 pieces |
| 100 | Jim Hodges | Untitled, 1993 | Gelatin silver print on board; 49¼ x 36¾ inches; signed, dated; ed. 6/6 |
| 101 | Andy Warhol | Skulls, 1976 | Ed. 50/50. |
| 102 | Andy Warhol | Skulls, 1976 | Ed. 50/50. |
| 103 | Andy Warhol | Skulls, 1976 | Ed. 50/50. |
| 104 | Richard Pousette-Dart | Untitled, 1978 | Acrylic and pencil on paper |
| 105 | Richard Pousette-Dart | Le Bijou, 1957 | Signed and dated; oil on canvas |
| 106 | Jules Olitski | Patutsky Embraced, Black and Yellow, 2005 | Acrylic on canvas |
| 107 | Lawrence Schiller | Marylin Monroe, 1962 | Color coupler print |
| 108 | Andy Warhol | Sex parts, 1978 | Pencil on paper |
| 109 | Andy Warhol | Sex parts, 1971 | Pencil on paper |
| 110 | John Chamberlain | Fistful of Fun, 2000 | Painted and chromium plated steel |
| 111 | Harry Bertoia | Fountain Maquette, 1967 | Patinated Bronze |
| 112 | Harry Bertoia | Untitled, 1960 | Steel and bronze panel |
| 113 | David Smith | Untitled, 1957 | Oil on masonite |
| 114 | Richard Pousette-Dart | Untitled (Equinox), 1976 | Graphite on paper |
| 115 | Andy Warhol | Joseph Kennedy, III, Orange, Red, Pink, 1986 | Screenprint on HMP Paper |
| 116 | Ellsworth Kelly | Portrait of David Herbert, 1957 | Pencil on paper; 24 x 19½ inches |
| 117 | Andy Warhol | Indian, 1960-1962 | Graphite on Strathmore paper |

Glafira Rosales - Art Inventory

| No. | Artist | Title/Year | Description |
|---|---|---|---|
| 118 | Jules Olitski | Memoirs, Yellow and White, 2003 | Acrylic on canvas; 30 x 35 inches |
| 119 | Peter Doig | Untitled, 2000 | 2 pieces; chomogenic prints mounted on board; ed. 2/12 |
| 120 | Harry Bertoia | Sculpture, ca. 1954 | Brass-coated steel |
| 121 | Clement Meadmore | 1982 | Bronze with brown patina; ed. 10/10 |
| 122 | Douglas Gordon | Self Portrait of You and Me (Marilyn), 2008 | Burnt gelatine silver print and ash on mirror in artist frame |
| 123 | Jules Olitski | Once on Sackman street, 2003 | Acrylic on canvas |
| 124 | John Wesley | B's Ladder, 1973-1974 | Gouache on paper |
| 125 | Richard Pousette-Dart | Cynthian, 1978 | Oil on paper; signed, titled, and dated |
| 126 | Harry Bertoia | Organic Forms, ca. 1970 | Patinated bronze sculpture |
| 127 | Harry Bertoia | Dogwood III, 1962 | Patinated bronze and brass |
| 128 | Takashi Murakami | Monogramouflage Treillis, 2007-2010 | Set of 3 multiples printed on leather, canvas, and denim and mounted on aluminum stretchers; Created for with Marc Jacobs for Louis Vuitton; ed. 29/100; (3 pieces in 6 boxes with certificates of authenticity) |
| 129 | Richard Pousette-Dart | Eye on the Square, 1967 | Oil on board |
| 130 | Esteban Vicente | Untitled, 1958 | Charcoal on paper |
| 131 | Jack Youngerman | Maquette for Amnesty International poster, 1976 | Signed and dated; gouache and collage on paper |
| 132 | Raoul Dufy | Composition Florale Aux Amarilis, ca. 1920 | Gouache, watercolor, and oil on paper |
| 133 | Ossip Zadkine | Composition | Gouache and watercolor on paper |
| 134 | Jules Olitski | Evening Mist, 1996 | Pastel on paper |
| 135 | Herbert Ferber | Untitled, 1952 | Ink and charcoal wash on paper; 31½ x 22½ inches |
| 136 | Albert Gleizes | Composition Cubiste, late 1920s | Oil on masonite |
| 137 | Jack Youngerman | Contrast Bleu et Noir, 1970 | Signed and dated; Tempera on card |
| 138 | Jules Olitski | Embraced: Rose and Black, 2005 | Acrylic on canvas |
| 139 | Bradley Walker Tomlin | Number 3, 1950 | Signed and dated; oil on canvas |
| 140 | William Wegman | Fay Rose, 1988 | Large-format Polaroid Polacolor print; signed and dated |
| 141 | Francisco Zúñiga | Untitled, 1977 | Signed and dated; Conté crayon on gray paper |
| 142 | Andy Warhol | Reversal Flowers | Silkscreen print on paper; purchased from Jimmy Andrade, Rosales believes this to actually be a reproduction/poster |
| 143 | Don Van Vliet | Untitled, 1989 | Gouache and ink on paper |
| 144 | Andy Warhol | Tom Royal, ca. 1952 | Ink and gouache on paper |
| 145 | Roberto Matta | 7 Luglio (7 July), ca. 1964-1965 | Colored pastel on paper mounted on canvas |
| 146 | Sean Scully | Stone Block, 1994 | Black and white photograph; ed. 1/16 |
| 147 | Robert Motherwell | Untitled (Black Ochre Pink), 1979 | Acrylic on Canvas; signed and dated; 20 x 30 inches |
| 148 | Arshile Gorky | Untitled, ca. 1946 | Pencil and crayon on paper |
| 149 | Joseph Cornell | Untitled | Collage on paper on board; 13¼ x 9¾ inches |
| 150 | Harry Bertoia | Early "Bush" Sculpture, ca. 1960 | Welded patinated bronze and copper, stone; 9⅞ x 9¾ x 9¾ inches |
| 151 | Max Ernst | Maske Auf Ausewond (Mask For Sedona) | Bronze and green patina; signed |
| 152 | Ángel Botello | Niña | Inscribed with signature; ed. 3/3; bronze |

Glafira Rosales - Art Inventory

| No. | Artist | Title/Year | Description |
|---|---|---|---|
| 153 | Giacomo Manzù | | Donna rannicchiata bronze with brown and green patina |
| 154 | Arman | Saxaphone, 1979 | Bronze sculpture; Ed. 89/150 |
| 155 | Ossip Zadkine | Castor | Inscribed and numbered 1/8; bronze |
| 156 | Herbert Ferber | Untitled, 1969 | Sheet metal sculpture with brown patina |
| 157 | Joan Miró | Femme Chien | Bronze; ed. 2/2; stamped with the Foundary mark |
| 158 | Arman | Cubist Composition, 1982 | Horizontally sliced cast bronze violins with bows; ed. 7/8 |
| 159 | Sol Lewitt | Untitled, 1959 | Signed and dated; oil on canvas; 36 x 41 inches |
| 160 | Jack Tworkov | House of the Sun Variation, 1952 | Oil on canvas |
| 161 | Jules Olitski | Clavis, 1973-1974 | Signed, titled, and dated; acrylic on canvas; 42 x 35 inches |
| 162 | Alexander Altmann | Canal Crossing | Signed; oil on canvas; 32 x 25½ inches |
| 163 | Norman Bluhm | Untitled, 1967 | Signed and dated; acrylic on paper; from the Newberger Collection |
| 164 | Yelena Tylkina | Golden Cock, 2010 | Acrylic on canvas; 36 x 36 inches |
| 165 | Igor Novikov | Germaya; 1996 | Oil on canvas; signed, dated, and titled |
| 166 | Lev Djakonytzin | Gitana | Oil on canvas |
| 167 | Anatoli Safokhine | Natur Morte, with icon, 1994 | Oil on canvas; titled, signed, and dated |
| 168 | Feodor Rabitchev | 1994 | Oil on canvas |
| 169 | Gennady Zubkov | Nature Morte | Oil on canvas; titled and signed |
| 170 | Dan Budnik | Box 2 (22 Pieces) | Dye transfer prints; ed. 2/6 |
| | 170.1 | Sheila Isham | Seagaponack Studios, NY |
| | 170.2 | Pedregal | From Chimney Rock, Ghost Ranch, New Mexico |
| | 170.3 | Ellwords Kelly | Betty Parson Gallery, NY, 1964 |
| | 170.4 | Roy Lichtenstein and Son Mitchell | West 26th Street, NY, 1964 |
| | 170.5 | David Smith | Cutting Primo Piano III Circle, Terminal Ironworks, Bolton Landing, NY |
| | 170.6 | Phillips Guston | Maverick Road Studio, Woodstock, Ny, 1964 |
| | 170.7 | Alexander Calder | Studio, Roxbury Connecticut, 1965; ed 2/6 |
| | 170.8 | Lee Bontecov with Wall Reliefs | Wooster Street Studio, NY, 1964; ed. 2/6 |
| | 170.9 | Robert Rauschenberg | Broadway Studio, NY, 1964; ed. 2/6 |
| | 170.10 | Robert Rauschenberg with Oracle | Broadway Studio, NY, 1964; ed. 2/6 |
| | 170.11 | Robert Rauschenberg with Oracle | Broadway Studio, NY, 1964; ed. 2/6 |
| | 170.12 | Shinkichi Tajiri | At the Emmerich Gallery, NY, 1966 |
| | 170.13 | René d'Harnoncourt | Key West, Florida, 1968; ed. 2/6 |
| | 170.14 | Georgia O'Keeffe's River Stones | Abiquiu, NM, March 1975; ed. 2/6 |
| | 170.15 | Georgia O'Keeffe with her collection of River Stones | Abiquiu living room, NM, March 1975; ed. 2/6 |
| | 170.16 | Phillips Guston | Maverick Road Studio, Woodstock, NY, 1964; ed. 2/6 |
| | 170.17 | Louise Bourgeois with a Personages Sculpture | 347 West 20th Street, NY, 1965; ed. 2/6 |
| | 170.18 | Agnes Martin | Taos Studion, New Mexico, 1993; ed. 2/6 |
| | 170.19 | Pablo Picasso on his 80th Birthday | With the key to Vallarius, France; October, 25, 1961; ed. 2/6 |
| | 170.20 | Niki de Saint Phalle | London; ed. 2/6 |
| | 170.21 | Stuart Davis's Studio | The Last Paintings; NY, 1964; ed. 2/6 |

Glafira Rosales - Art Inventory

| No. | Artist | Title/Year | Description |
|---|---|---|---|
| | | 170.22 Isamu Noguchi | Creating the Sky, Long Island City Studio, NY, 1964; ed. 2/6 |
| 171 | Dan Budnik | Box 3 (20 Pieces) | Dye transfer prints; Lebanon, New Hampshire, 2011 |
| | | 171.1 Georgia O'Keeffe with Calder Mobile | Abiquiu, NM, March 1975; API |
| | | 171.2 Roy Lichtenstein and Son Mitchell | West 26th Street Studio, NY; ed. 3/6 |
| | | 171.3 Sheila Isham | Sagaponack Studio, NY, 1964; ed. 3/6 |
| | | 171.4 The Cerro Pedregal from Chimney Rock | Ghost Ranch, NM; ed. 3/6 |
| | | 171.5 Ellwords Kelly | Betty Parson Gallery, NY, 1964; ed. 3/6 |
| | | 171.6 David Smith | Cutting Primo Piano III Circle, Terminal Ironworks, Bolton Landing, NY, 1962; ed. 3/6 |
| | | 171.7 Phillips Guston | Maverick Road Studio, Woodstock, NY, 1964; ed. 3/6 |
| | | 171.8 Lee Bontecov with Wall Reliefs | Wooster Street Studio, NY, 1964; ed. 3/6 |
| | | 171.9 Robert Rauschenberg | Broadway Studio, NY, 1964; ed. 3/6 |
| | | 171.10 Robert Rauschenberg | Broadway Studio, NY, 1964; ed. 3/6 |
| | | 171.11 Shinkichi Tajiri | At the Emmerich Gallery, NY, 1966; ed. 3/6 |
| | | 171.12 René d'Harnoncourt | Key West, Florida, 1968; ed. 3/6 |
| | | 171.13 Georgia O'Keeffe's River Stones | Abiquiu, NM, March 1975; ed. 3/6 |
| | | 171.14 Georgia O'Keeffe with her collection of River Stones | Abiquiu living room, NM, March 1975; ed. 3/6 |
| | | 171.15 Phillips Guston | Maverick Road Studio, Woodstock, NY, 1964; ed. 3/6 |
| | | 171.16 Agnes Martin | Taos Studion, New Mexico, 1993; ed. 3/6 |
| | | 171.17 Pablo Picasso on his 80th Birthday | With the key to Vallarius, France; October, 25, 1961; ed. 3/6 |
| | | 171.18 Niki de Saint Phalle | London; ed. 3/6 |
| | | 171.19 Stuart Davis's Studio | The Last Paintings; NY, 1964; ed. 3/6 |
| | | 171.20 Isamu Noguchi | Creating the Sky, Long Island City Studio, NY, 1964; ed. 3/6 |
| 172 | Tabo Toral | The Fall of the Angels | |
| 173 | Xavier Mascaró | The Tab | Iron sculpture |
| 174 | Jennifer Zackin | Superman pattern, 2001 | Rubber figures |
| 175 | Xavier Mascaró | Ease I, 1996 | Iron sculpture |
| 176 | Xavier Mascaró | Untitled | Iron sculpture |
| 177 | Karen Gunderson | Before Hseuh-Han, 1984 | Oil on canvas |
| 178 | Karen Gunderson | White Light Ring, 1979 | Oil and acrylic on cotton |
| 179 | | Bust of Avalokiteśvara, possibly Yuan/Ming Dynasty | A large Chinese carved stone |
| 180 | Karen Gunderson | Constellation 3: Berlin, West, 2004 | Oil on linen |
| 181 | Karen Gunderson | Paiju Peak, 2004 | Oil on canvas |
| 182 | Ma Han | Plan of the Ants, 2006 | Fiberglass, rice, automotive paint |
| 183 | Jules Olitsky | Patutsky Embraced: Off White and Blue, 2005 | Acrylic on canvas |
| 184 | Mari Andrews | Pointer, 2004 | Stone, wire, acorns |
| 185 | Grace Hartigan | Still Life with Japanese Motif, 2005 | Oil on linen |
| 186 | Grace Hartigan | Moroccan Woman, 2000 | Oil on canvas |

Glafira Rosales - Art Inventory

| No. | Artist | Title/Year | Description |
|---|---|---|---|
| 187 | Mark Khidekel | Untitled, 1995 | Oil on canvas |
| 188 | Pura Ameijide | Untitled, 1998 | Oil on canvas |
| 189 | Carlos Pardo Teixido | Untitled, 1997 | Oil on canvas, 76½ x 21¼ inches |
| 190 | Rafael Rothchile | Interaction | 96 small sculptures; signed, titled & dated |
| 191 | Rafael Rothchile | Engulfmen, 1996 | Small sculpture; signed, titled & dated |
| 192 | Yelena Tylkina | The Clown | Pastel on paper |
| 193 | Alexei Lasykin | Untitled, 1994 (lamp and balalaika) | Oil on canvas |
| 194 | Alexei Lasykin | Untitled, 1995 (abstract fruit and nude) | Oil on canvas |
| 195 | Alexei Lasykin | Untitled, 1995 (vase, Picasso) | Oil on canvas |
| 196 | Leventsen | Ballet study, 1995 | Oil on canvas |
| 197 | Yelena Tylkina | Glafira Portrait with Red Hat, 2010 | Acrylic on canvas |
| 198 | Nestor Quiñones | La Batalla, 1997 | Acrylic on canvas; signed, titled & dated on the back |
| 199 | Osvaldo Gomariz | Untitled, 1991 | Oil on canvas, signed "NY 1991 #141" on the back |
| 200 | Tabo Toral | Untitled, 1994 | Acrylic on canvas, signed and dated on the back |
| 201 | Nestor Quiñones | El Arquero, 1997 | Acrylic on canvas |
| 202 | Nestor Quiñones | De lo universal hacia lo esencial, 1997 | Acrylic on linen |
| 203 | Carlos Pardo Teixido | Untitled, 1997 | Oil on canvas, 76½ x 23 inches |
| 204 | Yelena Tylkina | Midnight, 2009 | Acrylic on canvas |
| 205 | Rafael Rothchile | Leaf, 1996 | Small sculpture; signed, titled & dated |
| 206 | Rafael Rothchile | Arizona, 1996 | Small sculpture; signed, titled & dated |
| 207 | Mark Khidekel | Untitled, 1995 (abstract) | Oil on canvas; signed and dated |
| 208 | Dionisio Blanco | Fantacias Americas de Sembradores | Acrylic on canvas |
| 209 | Tabo Toral | Taller | Acrylic on wood, mixed media; titled and signed |
| 210 | Juan Escauriaza | Northern Boulevard I, 2002 | Acrylic on wood; signed, titled & dated on the back |
| 211 | Juan Escauriaza | Friday's, 2003 | Acrylic on linen; signed, titled & dated on the back |
| 212 | Osvaldo Gomariz | Untitled | Oil on wood; signed on the back "Gomariz 308 E Houston 22½ x 28½" |
| 213 | Carlos Pardo | Untitled, Portrait of a Man | |
| 214 | Tabo Toral | Untitled, 1983, 1993 & 1994 | Acrylic on canvas (6 pieces) |
| 215 | Kike Bordel | | Pastel on paper (carpet with 5 pieces) |
| 216 | Osvaldo Gomariz | | Acrylic on wood & on canvas (6 pieces) |
| 217 | Luís Barba | | Acrylic on canvas (roll up) (3 pieces) |
| 218 | Ana de Matos | | Lithographs (8 pieces) |
| 219 | Francisco Hernandez | Untitled, Portrait of a Man | (roll up) |
| 220 | Alexander Kopomgicao | Untitled, 1995 | Oil on canvas; signed & dated on reverse |
| 221 | Gomez Martins | Velasno rejo 73 | Oil on canvas; signed, titled & dated on the back |
| 222 | | Cobblestone Street Scene | Acrylic on canvas |
| 223 | Godoy | Calle con Arco, Street with Arc, Frigilian, Malaga, 2000 | Mixed media on plaster; titled, dated & signed on the back |
| 224 | Godoy | Calle sin Arco, Street without Arc, Frigilian, Malaga, 2000 | Mixed media on plaster; titled, dated & signed on the back |
| 225 | Wang Zhiyuan | Underware I, 2003 | Mixed media |
| 226 | Wang Zhiyuan | Underware II, 2003-2005 | Mixed media, 4/8 |
| 227 | Wang Zhiyuan | Underware III, 2003-2005 | Mixed media, 3/8 |
| 228 | Pedro Alcantara | Serigraphy, 1989 | 34/150, signed upper front |
| 229 | Oscar Muñoz | Serigraphy | |
| 230 | Juana Dominguez | Untitled | Oil on canvas |

Glafira Rosales - Art Inventory

| No. | Artist | Title /Year | Description |
|---|---|---|---|
| 231 | Yelena Tylkina | Untitled (carpet with 4 pieces) | |
| 231.1 | | 2000 | (a) gouache & watercolor (with flowers & dishes); 29¼ x 41¼ inches |
| 231.2 | | 2000 | (b) gouache & watercolor (with flowers); 30¾ x 41¾ inches |
| 231.3 | | 1995 | (c) gouache & watercolor (with fruits); 10½ x 30 inches |
| 231.4 | | 1999 | (d) gouache & watercolor (with flowers) |
| 232 | H.D. | | Wire sculpture, in Plexiglas box, signed 8/1998 |
| 233 | H.D. | | Wire sculpture, in Plexiglas box, signed 10-1998 |
| 234 | H.D. | | Wire sculpture, in Plexiglas box |
| 235 | Kike Bordel | Untitled, 2000 | Acrylic on canvas |
| 236 | Guillermo Conte | Los Futbolistas | Acrylic on canvas |
| 237 | Antonio Segui | Personnages Dans La Ville, ca. 1985 | Oil on canvas |
| 238 | James Torlakson | Untitled, ca. 1975 | Watercolor on paper |
| 239 | Jin/Yuan Dynasty | | A fine painted Stucco Head of a Bodhisattua |
| 240 | Yuan/Ming Dynasty | | Chinese painted and gilt stucco head of Buddha |
| 241 | Pierre-Auguste Renoir, Richard Guino | Buste de Venus, 1915 | Bronze with black patina, stamped with signature, dated and numbered "Renoir 1915 ix/x" |
| 242 | | Pre-Columbian objects - 19 pieces | Vasijas (17 pieces) from several Latin American cultures; other objects (2 pieces) |
| 243 | Manuel Velastegui | I Sculpture | Marble, black and white color |
| 244 | Manuel Velastegui | II Sculpture | Marble, gray and green color, bust |
| 245 | Manuel Velastegui | III Sculpture (abstract) | Marble, pink and gray color |
| 246 | Manuel Velastegui | IV Sculpture (abstract) | Marble, pink and cream color |
| 247 | Manuel Velastegui | V "3 Nudos" | Marble sculpture |
| 248 | Manuel Velastegui | VI Sculpture | |
| 249 | Manuel Velastegui | Sculpture | Iron mask |
| 250 | Manuel Velastegui | Sculpture | Iron and marble |
| 251 | Eduardo Ramirez | Small wood relief, 1960 | 30 x 30 inches, signed on back |
| 252 | Rodolfo Abularach | Bird | Drawing on paper |
| 253 | Joan Witek | Untitled, 2008 | Oil on canvas, signed on back |
| 254 | Lynn Chadwick | Sitting Figure VI, 1962 | Bronze, ⅓ but had an edition of 4 |
| 255 | Sid Garrison | August 26, 2008 | Colored pencil on paper |
| 256 | Ma Han | Discussion of Mao about Culture and Art, 2006 | #2 of 8; fiberglass, rice and varnish paint (in 4 parts), signed, 28 x 120 inches; on consignment at Phillips de Pury |
| 257 | Alejandro (last name unknown) | Painting | |
| 258 | Sean Scully | Atlas Wall | Photograph, ed. 8/24 |